# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JESUS ALEJANDRO G. A.,

        Petitioner,

v.

PAMELA BONDI, *Attorney General*;
KRISTI NOEM, *Secretary, U.S.
Department of Homeland Security*;
TODD M. LYONS, *Acting Director of
Immigration and Customs Enforcement*;
DAVID EASTERWOOD, *Acting
Director, St. Paul Field Office
Immigration and Customs Enforcement*;
and JOEL BROTT, *Sheriff of Sherburne
County Jail*,

        Respondents.

Case No. 26-cv-1932 (LMP/ECW)

**ORDER**

Petitioner Jesus Alejandro G. A. is a resident of Faribault, Minnesota, and a citizen of Venezuela. ECF No. 1 ¶ 13. He has resided in the United States since May 2024. *Id.* He has a pending asylum application and is authorized to work in the United States. *Id.* ¶¶ 14, 16. He is currently in removal proceedings, but he is not subject to a final order of removal. *Id.* ¶ 15.

Jesus Alejandro G. A. was arrested by immigration officials on March 16, 2026, and remains in the custody of United States Immigration and Customs Enforcement at the Sherburne County Jail in Elk River, Minnesota. *Id.* ¶¶ 17, 21. He asserts that Respondents (the "Government") have detained him pursuant to the mandatory detention provisions of 8 U.S.C. § 1225(b)(2). *Id.* ¶ 31. He contends that he is not subject to detention under

8 U.S.C. § 1225(b)(2) but instead is subject to detention, if at all, under 8 U.S.C. § 1226(a), *id.*, and that the Government has not presented a warrant that justifies his arrest or detention under that statute, *id.* ¶ 17.

This Court has concluded that the mandatory detention provisions of 8 U.S.C. § 1225(b)(2) do not apply to noncitizens similarly situated to Jesus Alejandro G. A. *See Roberto M. F. v. Olson*, No. 25-cv-4456 (LMP/ECW), 2025 WL 3524455, at *4 (D. Minn. Dec. 9, 2025); *Victor Hugo D. P. v. Olson*, No. 25-cv-4593 (LMP/DTS), 2025 WL 3688074, at *2–3 (D. Minn. Dec. 19, 2025). This Court has further held that to the extent such noncitizens are detained pursuant to 8 U.S.C. § 1226(a), the Government must present an administrative warrant to justify their detention. *See Joaquin Q. L. v. Bondi*, No. 26-cv-233, 2026 WL 161333, at *2–3 (D. Minn. Jan. 21, 2026); *see also* 8 U.S.C. § 1226(a) (stating that a noncitizen "may be arrested and detained" pending removal "[o]n a warrant issued by the Attorney General"). Jesus Alejandro G. A. raises the same legal issues and largely requests the same relief granted in those cases, namely: (1) an order requiring his immediate release from custody because he was not arrested pursuant to a warrant; or (2) an order requiring the Government to conduct a bond hearing. *See* ECF No. 1 at 19.

This Court will not depart from its reasoning in its prior decisions. Accordingly, **IT IS HEREBY ORDERED** that:

1.  The Government is directed to file an answer to Jesus Alejandro G. A.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Tuesday, March 24, 2026, certifying the true cause and proper

duration of Jesus Alejandro G. A.'s confinement and showing cause why the writ should not issue in this case;

2. The Government's answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Jesus Alejandro G. A.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining the Government's legal position on Jesus Alejandro G. A.'s claims;

   c. A good-faith argument as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Roberto M. F.*, *Victor Hugo D. P.*, and *Joaquin Q. L.*; and

   d. The Government's recommendation on whether an evidentiary hearing should be conducted;

3. If Jesus Alejandro G. A. intends to file a reply to the Government's answer, he must do so on or before Friday, March 27, 2026;[1]

4. No further submissions from the parties will be permitted except as authorized by Court order;

5. The Government is **ORDERED** not to move Jesus Alejandro G. A. outside of the District of Minnesota during the pendency of these proceedings, so

---

[1] The Court reserves the right to grant the Petition before Jesus Alejandro G. A. files his reply brief if the Government's answer plainly demonstrates that Jesus Alejandro G. A. is entitled to relief.

that Jesus Alejandro G. A. may consult with his counsel and participate in this litigation while the Court considers his Petition; and

6.   If Jesus Alejandro G. A. has been moved or is in the process of being moved outside of Minnesota as of the time this Order is entered, Respondents are **ORDERED** to return him immediately to Minnesota.

Dated: March 19, 2026
Time: 1:31 p.m.

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge