**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JESUS ALEJANDRO G. A.,

Petitioner,

v.

TODD BLANCHE, *Acting Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*; and JOEL BROTT, *Sheriff of Sherburne County*,

Respondents.

Case No. 26-cv-1932 (LMP/ECW)

**ORDER**

---

This matter is before the Court on the parties' joint stipulation requesting that the order granting Petitioner Jesus Alejandro G. A.'s petition for a writ of habeas corpus, ECF No. 17, and judgment, ECF No. 18, be vacated, and that this matter be dismissed without prejudice. ECF No. 20. In subsequent correspondence with the Court, the parties explained that prior to the Court's entry of judgment, Jesus Alejandro G. A. was ordered removed by an immigration judge and has waived his right to appeal that decision, which means his order of removal is administratively final. As a result, the parties state that Respondents' statutory basis for detaining Jesus Alejandro G. A. has changed, effectively rendering the claims in his habeas petition moot.

Accordingly, based on the foregoing and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Order Granting Habeas Petition (ECF No. 17) and Judgment (ECF No. 18) are **VACATED**; and

2. This matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 21, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge